IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY HENDERSON | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 4:05CV01325 AGF |
| EVAN BEATTY, et al. | ) ) ) ) |

**ORDER**

The Court, having been fully advised in the premises, hereby GRANTS Defendants' Motion To Amend Court's Order of March 31, 2009.

Plaintiff may now have until May 20, 2009 to file any supplemental brief on the Motion for Reconsideration. Defendants shall have until June 1, 2009 to respond. Plaintiffs shall have until June 8, 2009 to reply.

Defendants shall have leave to re-file their Motion for Summary Judgment on Count III in conjunction with the above briefing or following any ruling on the Motion for Reconsideration, at their option.

So Ordered:

*/s/ Audrey G. Fleissig*
Magistrate Judge Audrey G. Fleissig

April 20, 2009