UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV01325AGF |
| | ) |
| EVAN BEATTY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon the representation of counsel that this case has been settled,

**IT IS HEREBY ORDERED** that the parties shall file, on or before **March 19, 2010**, dismissal papers dismissing the case. Failure to comply may result in the dismissal of the case by the Court.

Dated this 2nd day of March, 2010.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE